**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARBARA GOLDSTEIN, Derivatively on behalf of Nominal Defendant,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MESSINA, ROBERT CASSERA, JOSEPH CASSERA, JAMES FOLEY, ROBERT RIISKA, JAMES ALTUCHER, SYLVAN HOLZER, THOMAS CLARKE, JR., LARRY MELBY, KAREN AMATO, MICHAEL GOLDE,<br><br>    Defendants,<br><br>and<br><br>CORPORATE RESOURCE SERVICES, INC., a Delaware corporation,<br><br>    Nominal Defendant. | No. 15-cv-03234-PGG<br><br>Hon. Paul G. Gardephe |

### [PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO INTERVENE AND SUBSTITUTE AS PLAINTIFF

Upon the motion of James S. Feltman, not individually but solely in his capacity as chapter 11 trustee (the "Trustee") of Corporate Resource Services, Inc. ("CRS") for entry of an Order, under Rules 17 and 24 of the Federal Rules of Civil Procedure, allowing the Trustee to intervene and substitute as plaintiff in the above-captioned litigation, and this Court having jurisdiction to consider the Motion and the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS ORDERED:**

1. The Motion is granted.

2. The Trustee is hereby authorized to intervene and substituted as plaintiff in the above-captioned action.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
Jan. 23, 2020

_____
Hon. Paul G. Gardephe
United States District Judge

2