UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for Corporate Resource Services, Inc., et al.,<br><br>      Plaintiff,<br><br>   v.<br><br>JOHN MESSINA, ROBERT CASSERA, JOSEPH CASSERA, JAMES FOLEY, ROBERT RIISKA, JAMES ALTUCHER, SYLVAN HOLZER, THOMAS CLARKE, JR., LARRY MELBY, KAREN AMATO, MICHAEL GOLDE,<br><br>      Defendants,<br><br>   and<br><br>CORPORATE RESOURCE SERVICES, INC., a Delaware corporation,<br><br>      Nominal Defendant. | No. 15-cv-03234-PGG<br><br>Hon. Paul G. Gardephe |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ROBERT CASSERA, JOHN P. MESSINA, SR., JAMES FOLEY, MICHAEL J. GOLDE, AND JOSEPH CASSERA

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, James S. Feltman, not individually but solely in his capacity as Chapter 11 trustee of Corporate Resource Services, Inc., *et al.*, by and through his undersigned counsel, hereby dismisses defendants Robert Cassera, John P. Messina, Sr., James Foley, Michael J. Golde, and Joseph Cassera from the above-captioned action with prejudice.

(*Signature page follows*)

Dated: New York, New York
      February 12, 2020

Respectfully submitted,

/s/ *Vincent E. Lazar*
Vincent E. Lazar
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Tel. (312) 222-9350
vlazar@jenner.com

Richard Levin
Carl N. Wedoff
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York 10022
(212) 891-1600
rlevin@jenner.com
cwedoff@jenner.com

*Attorneys for the Chapter 11 Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES S. FELTMAN, not individually but solely as chapter 11 trustee for Corporate Resource Services, Inc., et al., <br><br> Plaintiff, <br><br> v. <br><br> JOHN MESSINA, ROBERT CASSERA, JOSEPH CASSERA, JAMES FOLEY, ROBERT RIISKA, JAMES ALTUCHER, SYLVAN HOLZER, THOMAS CLARKE, JR., LARRY MELBY, KAREN AMATO, MICHAEL GOLDE, <br><br> Defendants, <br><br> and <br><br> CORPORATE RESOURCE SERVICES, INC., a Delaware corporation, <br><br> Nominal Defendant. | No. 15-cv-03234-PGG <br><br> Hon. Paul G. Gardephe |

## CERTIFICATE OF SERVICE

I, Carl Wedoff, an attorney admitted to practice law before this Court, hereby declares that on February 12, 2020, I caused to be served a true and correct copy of the Plaintiff's *Notice Of Voluntary Dismissal of Defendant Robert Riiska* via CM/ECF on all counsel of record.

Dated: New York, New York
February 12, 2020

Respectfully submitted,

/s/ *Carl N. Wedoff*
Carl Wedoff
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York 10022
(212) 891-1600
cwedoff@jenner.com